Lakhdar BOUMEDIENE, Detainee,
Camp Delta, et al., Appellants

v.

George W. BUSH, President
of the United States, et
al., Appellees.

Nos. 05–5062, 05–5063.

United States Court of Appeals,
District of Columbia Circuit.

June 25, 2008.

Louis Richard Cohen, Wilmer Cutler Pickering Hale & Dorr LLP, Washington, DC, Douglas Frank Curtis, Wilmer Cutler Pickering Hale & Dorr LLP, New York, NY, Stephen H. Oleskey, Mark Christopher Fleming, Robert Clifford Kirsch, Wilmer Cutler Pickering Hale & Dorr LLP, Boston, MA, for Appellants.

Eric David Miller, Federal Communications Commission, Robert Mark Loeb, Douglas N. Letter, Litigation Counsel, Catherine Y. Hancock, Paul D. Clement, Peter Douglas Keisler, Gregory George Katsas, U.S. Department of Justice, Washington, DC, for Appellees.

BEFORE: SENTELLE, Chief Judge, RANDOLPH * and ROGERS, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

It is **ORDERED,** on the court's own motion that in light of the Supreme Court's opinion in *Boumediene v. Bush,* —— U.S. ——, 128 S.Ct. 2229, 171 L.Ed.2d 41 (2008), the court's judgment filed February 20, 2007, 476 F.3d 981, in the above-

* Circuit Judge Randolph did not participate in

captioned consolidated cases be vacated. It is

**FURTHER ORDERED AND ADJUDGED** that these cases be remanded to the district court for further proceedings consistent with the Supreme Court's opinion in *Boumediene v. Bush.* The Clerk is directed to issue the mandate forthwith.